EXHIBIT "B"

9/26/2017 2:02 PM
Chris Daniel - District Clerk Harris County
Envelope No. 19674312
By: Rhonda Momon
Filed: 9/26/2017 2:02 PM

# 2017-63710 / Court: 234

| | | |
|---|---|---|
| ANA MONTENEGRO CASTRO | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| PV HOLDING CORP., AVIS BUDGET | § | __ JUDICIAL DISTRICT |
| GROUP, INC., AVIS BUDGET CAR | § | |
| RENTAL, LLC, AND NADIA | § | |
| JOHNSON, | § | OF HARRIS COUNTY, TEXAS |
| Defendants. | § | |

## PLAINTIFF'S ORIGINAL PETITION
## AND REQUEST FOR RULE 194 DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ANA MONTENEGRO CASTRO, (hereinafter referred to as "Plaintiff"), complaining of and about NADIA JOHNSON, PV HOLDING CORP., AVIS BUDGET GROUP, INC., and AVIS BUDGET CAR RENTAL, LLC, (hereinafter referred to as "Defendants"), and for cause of action shows unto the court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.     Plaintiff intends to conduct discovery under Level 2 of the Texas Rule of Civil Procedure and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because Plaintiff seeks monetary relief over $100,000.00 but not more than $1,000,000.00.

### PARTIES AND SERVICE

2.     Plaintiff, Ana Montenegro Castro is an individual who resides in Harris County, Texas.  The last three digits of Ms. Castro's driver's license number are 272.  The last three digits of Ms. Castro's social security number are 177.

3.     Defendant, Nadia Johnson, is an individual resident of Texas whose address is

Certified Document Number: 76774454 - Page 1 of 5

currently unknown.

4.      Defendant, PV Holding Corp. ("PV"), is a corporation doing business in the State of Texas and may be served through its registered agent at the following address:   Corporation Service Company d/b/a CSC-Lawyers, Inco., 701 Brazos Street, Ste. 1050, Austin, Texas 78701.

5.      Defendant, Avis Budget Group, Inc. ("AVIS BGI"), is a corporation doing business in the State of Texas and may be served through its registered agent:   Corporation Service Company d/b/a CSC-Lawyers, Incorporating Service Company, 211 E. 7th Street, Ste. 620, Austin, Texas 78701.

6.      Defendant, Avis Budget Car Rental, LLC ("AVIS BCR"), is a corporation doing business in the State of Texas and may be served through its registered agent at the following address:   Corporation Service Company d/b/a CSC-Lawyers, Incorporating Service Company, 211 E. 7th Street, Ste. 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

7.      The subject matter in controversy is within the jurisdictional limits of this court.

8.      Venue in Harris County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all of the events or omissions giving rise to this lawsuit occurred in Harris County.

## FACTS

9.      On or about January 23, 2016, Plaintiff Ana Montenegro Castro was at a red light located at the intersection of Westheimer and Yorktown in Houston, Harris County, Texas, when Defendant Nadia Johnson, who was operating a 2015 Chevrolet Malibu owned by Defendants, collided into the rear of Plaintiff's vehicle.   Defendant, Nadia Johnson, then fled the scene without leaving any information.

10.      Plaintiff's vehicle suffered severe damage as a result of Defendants' negligent and

Certified Document Number: 76774454 - Page 2 of 5

grossly negligent conduct. Plaintiff received medical attention and treatment for the injuries they

sustained as a result of the negligent acts of the Defendant.

## PLAINTIFF'S CLAIMS OF NEGLIGENCE AGAINST DEFENDANT

11.    Defendant had a duty to exercise the degree of care that a reasonably careful

person would use to avoid harm to others under circumstances similar to those described herein.

12.    Plaintiff's injuries were proximately caused by Defendant's negligence,

carelessness and reckless disregard of said duty.

13.    The negligence, carelessness and reckless disregard of duty of Defendant

consisted of, but is not limited to, the following acts and omissions:

> A.    In that Defendant failed to keep a proper lookout for other
> driver's safety that would have been done by a person of ordinary
> prudence under the same or similar circumstances;
>
> B.    In that Defendant failed to yield to traffic that at all times had the
> right-of-way, to avoid the collision complained of;
>
> C.    In that Defendant failed to maintain a clear and reasonable distance
> between Plaintiff's motor vehicle and Defendant's motor vehicle;
>
> D.    In that Defendant failed to control the
> speed of her vehicle; and,
>
> E.    In that Defendant failed to apply his brakes to her motor vehicle in
> a timely and prudent manner and/or wholly failed to apply her
> brakes.

## PLAINTIFF'S CLAIM OF
## NEGLIGENCE PER SE AGAINST DEFENDANT

14.    Defendant's conduct described herein constitutes an unexcused breach of duty

imposed by the Texas Transportation Code.

15.    Defendant failed to comply with the Texas Transportation Code.

16.    Plaintiff is a member of the class that the Texas Transportation Code was

designed to protect.

Certified Document Number: 76774454 - Page 3 of 5

17.     Defendant's unexcused breach of the duty imposed by the Texas Transportation Code proximately caused the Plaintiff's injuries described herein.

### NEGLIGENT ENTRUSTMENT OF DEFENDANTS

18.     Defendants PV, Avis BGI, and AVIS BCR and were negligent by entrusting a motor vehicle to Defendant, Nadia Johnson.   More specifically, Defendants' conduct was negligent in that Defendants:

   a.     entrusted a vehicle to Defendant Nadia Johnson;

   b.     entrusted a vehicle to Defendant Nadia Johnson who was an unlicensed, incompetent, or a reckless driver;

   c.     knew or should have known that Defendant, Nadia Johnson, was an unlicensed, incompetent, or a reckless driver;

   d.     Defendant Nadia Johnson was negligent on the occasion in question; and

   e.     Defendant Nadia Johnson's negligence proximately caused Plaintiff's injuries.

### DAMAGES FOR PLAINTIFF

19.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff suffers and continue to suffer bodily injury, and to incur the following damages:

   A.     Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Harris County, Texas;

   B.     Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

   C.     Physical pain and suffering in the past;

   D.     Physical pain and suffering in the future;

   E.     Loss of earnings;

   F.     Mental anguish in the past and future; and,

Certified Document Number: 76774454 - Page 4 of 5

G.      Property damage.

### *Request for Disclosures*

20.     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff requests that you disclose, within 50 days after service of this request, the information or material described in rule 194.

### PRAYER

21.     Plaintiff respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court; damages as allowed by Sec. 41.008, Chapter 41, Texas Civil Practice and Remedies Code, together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**THE PHILIPS LAW FIRM**

By: _____
Don Philips
TBA# 24046629
2611 Cypress Creek Pkwy., Suite D-101
Houston, TX 77068
Tel. 281.363.1411
Fax: 1.866.821.4283
trcpservice@philipslawfirm.com
Attorney for Plaintiff

Certified Document Number: 76774454 - Page 5 of 5



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 1, 2017

Certified Document Number:      76774454 Total Pages:  5

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

9/26/2017 2:02:14 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 19674312
By: MOMON, RHONDA M
Filed: 9/26/2017 2:02:14 PM

## CIVIL PROCESS REQUEST FORM

2017-63710 / Court: 234

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____ **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Original Petition and Request for Rule 194 Disclosures

**FILE DATE OF MOTION:**   9   26   2017
                        Month/   Day/   Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1.  NAME:    PV Holding Corp

    ADDRESS: 701 Brazos Street, Ste. 1050, Austin, Texas 78701

    AGENT, (if applicable): Corporation Service Company d/b/a CSC-Lawyers, Inc.

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

    **SERVICE BY (check one):**
    ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
    x  **CIVIL PROCESS SERVER -** Authorized Person to Pick-up:    DAVID GARZA  Box111  Phone: 832-498-3554
    ☐ **MAIL**                                ☐ **CERTIFIED MAIL**
    ☐ **PUBLICATION:**
       Type of Publication:    ☐ **COURTHOUSE DOOR,  or**
                               ☐ **NEWSPAPER OF YOUR CHOICE:** _____
    ☐ **OTHER,** explain _____

**ATTENTION:  Effective June1, 2010**

**For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the
Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage
for mail back.  Thanks you,**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2.  NAME:  Avis Budget Group, Inc

    ADDRESS:  211 E. 7th Street, Ste. 620, Austin, Texas 78701

    AGENT, (if applicable):  Corporation Service Company d/b/a CSC-Lawyers, Incorporating Service Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

    **SERVICE BY (check one):**
    ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
    x  **CIVIL PROCESS SERVER -**  Authorized Person to Pick-up: David Garza  Box111       Phone: 832-498-3554
    ☐ **MAIL**                                ☐ **CERTIFIED MAIL**
    ☐ **PUBLICATION:**
       Type of Publication:    ☐ **COURTHOUSE DOOR,  or**
                               ☐ **NEWSPAPER OF YOUR CHOICE:** _____
    ☐ **OTHER,** explain _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME:     DON PHILIPS                    TEXAS BAR NO./ID NO.   240466229

MAILING ADDRESS:  2611 CYPRESS CREEK PKWY., SUITE D-101, HOUSTON, TX 77068

PHONE NUMBER:      281          363-1411        FAX NUMBER:      866          821-4283
                area code     phone number                  area code      fax number

EMAIL ADDRESS:    TRCPSERVICE@PHILIPSLAWFIRM.COM

Certified Document Number: 76774455 - Page 1 of 2

## CIVIL PROCESS REQUEST FORM

> FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
> FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Original Petition and Request for Rule 194 Disclosures

**FILE DATE OF MOTION:**

| 9 | 26 | 2017 |
|---|---|---|
| Month/ | Day/ | Year |

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1.  NAME:     Avis Budget Car Rental, LLC

    ADDRESS: 211 E. 7th Street, Ste. 620, Austin, Texas 78701

    AGENT, (*if applicable*): Corporation Service Company d/b/a CSC-Lawyers, Incorporating Service Company _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

**SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP**          [ ] **CONSTABLE**
- [x] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up:    DAVID GARZA  Box111  Phone: 832-498-3554
- [ ] **MAIL**                               [ ] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
      Type of Publication:    [ ] **COURTHOUSE DOOR,  or**
                              [ ] **NEWSPAPER OF YOUR CHOICE:** _____
- [ ] **OTHER,** *explain* _____

### ATTENTION:  Effective June1, 2010

**For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back.  Thanks you,**

*******************************************************************************************

2.  NAME:

    ADDRESS:

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

**SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP**          [ ] **CONSTABLE**
- [x] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: David Garza  Box111          Phone: 832-498-3554
- [ ] **MAIL**                               [ ] **CERTIFIED MAIL**
- [ ] **PUBLICATION:**
      Type of Publication:    [ ] **COURTHOUSE DOOR,  or**
                              [ ] **NEWSPAPER OF YOUR CHOICE:** _____
- [ ] **OTHER,** *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME:     DON PHILIPS                    TEXAS BAR NO./ID NO.   240466229

MAILING ADDRESS:  2611 CYPRESS CREEK PKWY., SUITE D-101, HOUSTON, TX 77068

| PHONE NUMBER: | 281 | 363-1411 | FAX NUMBER: | 866 | 821-4283 |
|---|---|---|---|---|---|
| | area code | phone number | | area code | fax number |

EMAIL ADDRESS:     TRCPSERVICE@PHILIPSLAWFIRM.COM

Certified Document Number: 76774455 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 1, 2017

Certified Document Number:        76774455 Total Pages:  2

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

**Civil Process Pick-Up Form**

ENTERED _____
VERIFIED __WC__

CAUSE NUMBER: 2017 - 63710

ATY _____       CIV __✓__       COURT __734__

| REQUESTING ATTORNEY/FIRM NOTIFICATION |
|---|
| *ATTORNEY: Phillips, Don          * PH: _____ |
| *CIVIL PROCESS SERVER: Box 111 _____ |
| *PH: _____ |
| *PERSON NOTIFIED SVC READY: _____ |
| * NOTIFIED BY: _____ |
| *DATE: _____ |

Type of Service Document: _____        Tracking Number **7341959⁴**
Type of Service Document: _____        Tracking Number **7341970⁴**
Type of Service Document: _____        Tracking Number **73419718**
Type of Service Document: _____        Tracking Number _____
Type of Service Document: _____        Tracking Number _____
Type of Service Document: _____        Tracking Number _____
Type of Service Document: _____        Tracking Number _____

Process papers prepared by: *Carla Carrillo*

Date: __10__ - __03__ 2017        30 days waiting _____ - _____ 2017

| *Process papers released to: | __DAVID__ |
| | (PRINT NAME) |
| __832 499 3554__ | |
| *(CONTACT NUMBER) | (SIGNATURE) |
| *Process papers released by: | _____ |
| | (PRINT NAME) |
| | _____ |
| | (SIGNATURE) |
| * Date: __10/4__, 2017   Time: __345__   AM /(PM) | |

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

**Entire document must be completed    (do not change this document)**   Revised 1/9/2015

Certified Document Number: 76898133 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 1, 2017

Certified Document Number:      76898133 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

10/16/2017 7:03 AM
Chris Daniel - District Clerk Harris County
Envelope No. 20074109
By: bradley darnell
Filed: 10/16/2017 7:03 AM

RECEIPT NUMBER _____
0.00

TRACKING NUMBER _____
73419594   CIV

CAUSE NUMBER    201763710

| | |
|---|---|
| **PLAINTIFF:** CASTRO, ANA MONTENEGRO | In The 234th |
| vs. | **Judicial District Court of** |
| **DEFENDANT:** JOHNSON, NADIA | **Harris County, Texas** |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: PV HOLDING CORP (IS A CORPORATION) BY SERVING ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INC

701 BRAZOS STREET STE 1050   AUSTIN TX 78701

Attached is a copy of   PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR RULE 194 DISCLOSURES .

This instrument was filed on the ___26th___ day of ___September___, 20 _17_, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___3rd___ day of ___October___, 20 _17_.

Issued at request of:
PHILIPS, DON STUART
2611  FM 1960 WEST SUITE D-101

HOUSTON, TX  77068
TEL: (281) 363-1411
Bar Number: 24046629

*[seal: DISTRICT COURT OF HARRIS COUNTY TEXAS]*

*Chris Daniel*
**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

Generated by: CARRILLO, CARLA ELIZABET
9YN//10781600

## OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the __10th__ day of __October__, 20_17_, at __4:45__ o'clock _P_.M., endorsed the date of delivery thereon, and executed it at _____
(STREET ADDRESS)
in _____ County, Texas on the _____ day of _____, 20 _____, at _____ o'clock ____.M., by delivering to _____, by delivering to its
(THE DEFENDANT CORPORATION NAMED IN CITATION)
_____, in person, whose name is _____
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)
a true copy of this citation, with a copy of the _____ Petition attached,
(DESCRIPTION OF PETITION, E.G. "PLAINTIFFS ORIGINAL")
and with accompanying copies of _____.
(ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

*[diagonal stamp: RETURN / AFFIDAVIT / PROOF / ATTACHED]*

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20___.

FEE: $_____          By: _____
(SIGNATURE OF OFFICER)

Printed Name: _____

As Deputy for: _____
(PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

_____
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20___

_____
Notary Public

N.INT.CITC.P                    *73419594*

## RETURN OF SERVICE

### Cause No. 201763710

In the 234th Judicial District of
Harris County, Texas

ANA MONTENEGRO CASTRO
    Plaintiff

V.

PV HOLDING CORP.,
et al
    Defendant

Came to hand on October 10, 2017, at 04:45 PM.

Executed at 211 E 7th Street, Suite 620, Austin, TX 78701, within the County of Travis at 9:30 AM on October 11, 2017, by delivering to the within named:

### PV HOLDING CORP,

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, by and through its designated agent, SUE VERTREES, a true copy of this Citation together with Plaintiff's Original Petition and Request for Rule 194 Disclosures, having first endorsed upon such copy of such process the date of delivery.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
         Thomas R. Kroll PSC-3012,
         Exp: 8/31/2019

### VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS   §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Thomas R. Kroll, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this October 11, 2017.



NOTARY PUBLIC STATE OF TEXAS

17-029001/Castro

<div style="writing-mode: vertical-lr">Certified Document Number: 77019235 - Page 2 of 2</div>



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 1, 2017

Certified Document Number:        77019235 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

10/16/2017 7:12 AM
Chris Daniel - District Clerk Harris County
Envelope No. 20074212
By: bradley darnell
Filed: 10/16/2017 7:12 AM

RECEIPT NUMBER _____

TRACKING NUMBER _____ 0.00

73419704   CIV

CAUSE NUMBER   201763710

PLAINTIFF: CASTRO, ANA MONTENEGRO
    vs.
DEFENDANT: JOHNSON, NADIA

In The 234th
Judicial District Court of
Harris County, Texas

## CITATION CORPORATE

**THE STATE OF TEXAS**
County of Harris

TO: AVIS BUDGET GROUP INC (IS A CORPORATION) BY SERVING ITS REGISTERED
    AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS
    INCORPORATING SERVICE COMPANY

    211  E 7TH STREET STE 620   AUSTIN TX  78701

Attached is a copy of   PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR RULE 194 DISCLOSURES.

This instrument was filed on the ____26th____ day of ____September____ , 20 _17_ , in the
above cited cause number and court. The instrument attached describes the claim against you.

    **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

    This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ____3rd____ day of
____October____ , 20 _17_ .

Issued at request of:
PHILLIPS, DON STUART
2611  FM 1960 WEST SUITE D-101

HOUSTON, TX  77068
TEL: (281) 363-1411
Bar Number: 24046629

**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

Generated by: CARRILLO, CARLA ELIZABET
9YN//10781600

---

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the __10th__ day of __October__ , 2017___ , at _445_ o'clock _P_.M., endorsed

the date of delivery thereon, and executed it at _____
                                (STREET ADDRESS)               (CITY)

in _____ County, Texas on the _____ day of _____ , 20_____, at _____ o'clock___.M.,

by delivering to _____ , by delivering to its
                 (THE DEFENDANT CORPORATION NAMED IN CITATION)

_____ , in person, whose name is _____
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
                             (DESCRIPTION OF PETITION, E.G., "PLAINTIFF'S ORIGINAL")

and with accompanying copies of _____
                       (ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

_RETURN / AFFIDAVIT_
_PROOF - ATTACHED_

I certify that the facts stated in this return are true by my signature below on the _____ day of _____ ,20____.

FEE: $_____

By: _____
           (SIGNATURE OF OFFICER)

Printed Name: _____

As Deputy for: _____
                    (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

Affiant Other Than Officer _____

On this day, _____ , known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , 20____.

_____
          Notary Public

*73419704*

Certified Document Number: 77019228 - Page 1 of 2

## RETURN OF SERVICE

### Cause No. 201763710

In the 234th Judicial District of
Harris County, Texas

ANA MONTENEGRO CASTRO
    Plaintiff

V.

PV HOLDING CORP.,
et al
    Defendant

Came to hand on October 10, 2017, at 04:45 PM.

Executed at 211 E 7th Street, Suite 620, Austin, TX 78701, within the County of Travis at 9:30 AM on October 11, 2017, by delivering to the within named:

### AVIS BUDGET GROUP INC,

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, by and through its designated agent, SUE VERTREES, a true copy of this Citation together with Plaintiff's Original Petition and Request for Rule 194 Disclosures, having first endorsed upon such copy of such process the date of delivery.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
    Thomas R. Kroll PSC-3012,
    Exp: 8/31/2019

### VERIFICATION

STATE OF TEXAS    §
COUNTY OF TRAVIS    §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Thomas R. Kroll, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

    Given under my hand and seal of office this October 11, 2017.



NOTARY PUBLIC, STATE OF TEXAS

17-029000/Castro

Certified Document Number: 77019228 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 1, 2017

Certified Document Number:      77019228 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

10/16/2017 7:07 AM
Chris Daniel - District Clerk Harris County
Envelope No. 20074127
By: bradley darnell
Filed: 10/16/2017 7:07 AM

RECEIPT NUMBER _____ 0.00

TRACKING NUMBER _____ 73419718  CIV

CAUSE NUMBER    201763710

| | |
|---|---|
| PLAINTIFF: CASTRO, ANA MONTENEGRO<br>vs.<br>DEFENDANT: JOHNSON, NADIA | In The 234th<br>Judicial District Court of<br>Harris County, Texas |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: AVIS BUDGET CAR RENTAL LLC (IS A CORPORATION) BY SERVING ITS
    REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS
    INCORPORATING SERVICE COMPANY

    211  E 7TH STREET STE 620   AUSTIN  TX  78701

Attached is a copy of  PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR RULE 194 DISCLOSURES.

This instrument was filed on the ___26th___ day of ___September___ , 20 __17__ , in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___3rd___ day of ___October___ , 20 __17__ .

Issued at request of:
PHILIPS, DON STUART
2611  FM 1960 WEST SUITE D-101

HOUSTON, TX  77068
TEL: (281) 363-1411
Bar Number: 24046629

**CHRIS DANIEL, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O.Box 4651, Houston, Texas 77210

Generated by: CARRILLO, CARLA ELIZABET
9YN//10781600

---

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the __10th__ day of __October__ , 20 _17_ , at _4:45_ o'clock _P_ .M., endorsed

the date of delivery thereon, and executed it at _____
                                                              (STREET ADDRESS)

in _____ County, Texas on the _____ day of _____ , 20____ , at _____ o'clock ___.M.,

by delivering to _____ , by delivering to its
                        (THE DEFENDANT CORPORATION NAMED IN CITATION)

_____ , in person, whose name is _____
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                  (DESCRIPTION OF PETITION, E.G. "PLAINTIFFS ORIGINAL")

and with accompanying copies of _____
                                    (ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____ , 20____ .

FEE: $_____

                                    By: _____
                                              (SIGNATURE OF OFFICER)

                                    Printed Name: _____

                                    As Deputy for: _____
                                                    (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

_____
Affiant Other Than Officer

On this day, _____ , known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , 20____

                                    _____
                                                Notary Public

N.INT.CITC.P                          *73419718*

Certified Document Number: 77019234 - Page 1 of 2

## RETURN OF SERVICE

### Cause No. 201763710

In the 234th Judicial District of
Harris County, Texas

ANA MONTENEGRO CASTRO
     Plaintiff

V.

PV HOLDING CORP.,
et al
     Defendant

Came to hand on October 10, 2017, at 04:45 PM.

Executed at 211 E 7th Street, Suite 620, Austin, TX 78701, within the County of Travis at 9:30 AM on October 11, 2017, by delivering to the within named:

### AVIS BUDGET CAR RENTAL LLC,

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, by and through its designated agent, SUE VERTREES, a true copy of this Citation together with Plaintiff's Original Petition and Request for Rule 194 Disclosures, having first endorsed upon such copy of such process the date of delivery.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
     Thomas R. Kroll PSC-3012,
     Exp: 8/31/2019

### VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS     §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Thomas R. Kroll, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this October 11, 2017.



_____
NOTARY PUBLIC, STATE OF TEXAS

17-028999/Castro

Certified Document Number: 77019234 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 1, 2017

Certified Document Number:        77019234 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

10/16/2017 7:15 AM
Chris Daniel - District Clerk Harris County
Envelope No. 20074238
By: bradley damell
Filed: 10/16/2017 7:15 AM

RECEIPT NUMBER _____
0.00

TRACKING NUMBER ___ 73419718  CIV

CAUSE NUMBER    201763710

| | |
|---|---|
| PLAINTIFF: CASTRO, ANA MONTENEGRO | In The 234th |
| vs. | Judicial District Court of |
| DEFENDANT: JOHNSON, NADIA | Harris County, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: AVIS BUDGET CAR RENTAL LLC (IS A CORPORATION) BY SERVING ITS
    REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS
    INCORPORATING SERVICE COMPANY

    211  E 7TH STREET STE 620   AUSTIN TX  78701

Attached is a copy of   PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR RULE 194 DISCLOSURES .

This instrument was filed on the ___26th___ day of ___September___ , 20 __17__ , in the
above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___3rd___ day of**
___October___ , 20 __17__ .

*[seal: DISTRICT COURT OF HARRIS COUNTY TEXAS]*

Issued at request of:
PHILIPS, DON STUART
2611  FM 1960 WEST SUITE D-101

HOUSTON, TX  77068
TEL: (281) 363-1411
Bar Number: 24046629

*Chris Daniel*
**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

Generated by: CARRILLO, CARLA ELIZABET
9YN//10781600

---

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _10th_ day of _October_ , 20 _17_ , at _1:45_ o'clock _P_.M., endorsed

the date of delivery thereon, and executed it at _____
                                                    (STREET ADDRESS)                              (CITY)

in _____ County, Texas on the _____ day of _____ , 20 ____, at _____ o'clock ___.M.,

by delivering to _____ , by delivering to its
                     (THE DEFENDANT CORPORATION NAMED IN CITATION)

_____ , in person, whose name is _____
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                   (DESCRIPTION OF PETITION. E.G., "PLAINTIFFS ORIGINAL")

and with accompanying copies of _____
                                  (ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

*RETURN / AFFIDAVIT / PROOF / ATTACHED*

I certify that the facts stated in this return are true by my signature below on the _____ day of _____ , 20 ___.

FEE: $ _____                By: _____
                                      (SIGNATURE OF OFFICER)

                              Printed Name: _____

_____        As Deputy for: _____
Affiant Other Than Officer                      (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

On this day, _____ , known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , 20 ___.

_____
                Notary Public

N.INT.CITC.P                    *73419718*

## RETURN OF SERVICE

### Cause No. 201763710

In the 234th Judicial District of
Harris County, Texas

ANA MONTENEGRO CASTRO
     Plaintiff

V.

PV HOLDING CORP.,
et al
     Defendant

Came to hand on October 10, 2017, at 04:45 PM.

Executed at 211 E 7th Street, Suite 620, Austin, TX 78701, within the County of Travis at 9:30 AM on October 11, 2017, by delivering to the within named:

### AVIS BUDGET CAR RENTAL LLC,

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, by and through its designated agent, SUE VERTREES, a true copy of this Citation together with Plaintiff's Original Petition and Request for Rule 194 Disclosures, having first endorsed upon such copy of such process the date of delivery.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
     Thomas R. Kroll PSC-3012,
     Exp: 8/31/2019

### VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS   §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared  Thomas R. Kroll, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this October 11, 2017.

_____
NOTARY PUBLIC, STATE OF TEXAS



17-028999/Castro

Certified Document Number: 77019231 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 1, 2017

Certified Document Number:          77019231 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

11/1/2017 10:20 AM
Chris Daniel - District Clerk Harris County
Envelope No. 20434699
By: Lewis John-Miller
Filed: 11/1/2017 10:20 AM

CAUSE NO. 2017-63710

| | | |
|---|---|---|
| ANA MONTENEGRO CASTRO | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| PV HOLDING CORP., AVIS BUDGET | § | |
| GROUP, INC., AVIS BUDGET CAR | § | |
| RENTAL, LLC, AND NADIA JOHNSON | § | 234th JUDICIAL DISTRICT |

---

## DEFENDANTS' ORIGINAL ANSWER

---

Defendants, PV Holding Corp., Avis Budget Group, Inc. and Avis Budget Car Rental, L.L.C., file this Original Answer in response to Plaintiff's latest petition and would respectfully show as follows:

1.     As allowed by Rule 92 of the Texas Rules of Civil Procedure, Defendants assert a general denial to the allegations in Plaintiff's latest petition.

2.     In the alternative, and without waiving the foregoing, Defendants plead that Plaintiff's damages, if any, for medical or health care expenses are limited by §41.0105 of the Texas Civil Practice and Remedies Code.

3.     In the alternative, and without waiving the foregoing, Defendants would show that to the extent Plaintiff is seeking recovery for loss of earnings or loss of earning capacity, the limitations of §18.091 of the Texas Civil Practice and Remedies Code apply.

## PRAYER

Defendants, PV Holding Corp., Avis Budget Group, Inc. and Avis Budget Car Rental, L.L.C., respectfully pray that upon trial of this case the Court enter judgment in Defendants' favor, that Plaintiff take nothing by reason of this suit, that Defendants

Certified Document Number: 77250529 - Page 1 of 3

recover their costs incurred herein, and that Defendants receive such further and other relief to which they are justly entitled.

Respectfully Submitted,

DONATO, MINX, BROWN & POOL, P.C.

Aaron Pool
SBN: 16115400
Andrew J. Pratka
SBN: 24079159
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027-7525
Phone: 713-877-1112
Fax: 713-877-1138
apool@donatominxbrown.com
apratka@donatominxbrown.com

**ATTORNEYS FOR DEFENDANTS
PV HOLDING CORP.;
AVIS BUDGET CAR RENTAL, LLC; and
AVIS BUDGET GROUP, INC.**

Certified Document Number: 77250529 - Page 2 of 3

## CERTIFICATE OF SERVICE

**I hereby certify that on the** ___1st___ **day of November, 2017, a true and correct copy of the above and foregoing has been served by:**

☐certified mail, return receipt requested; ☐overnight delivery; ☐hand delivery; ☐United States first class mail; ☐facsimile transmission; ☒electronic transmission on the following counsel:

Plaintiff's Attorney:
Don Phillips
The Philips Law Firm
2611 Cypress Creek Pkwy., Suite D-101
Houston, TX 77068
281-363-1411
866-821-4283 Fax
trcpservice@philipslawfirm.com

_____
Aaron Pool / Andrew J. Pratka

3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 1, 2017

Certified Document Number:        77250529 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

11/1/2017 10:20:14 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 20434699
By: JOHN-MILLER, LEWIS
Filed: 11/1/2017 10:20:14 AM

CAUSE NO. 2017-63710

| | | |
|---|---|---|
| ANA MONTENEGRO CASTRO | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| PV HOLDING CORP., AVIS BUDGET | § | |
| GROUP, INC., AVIS BUDGET CAR | § | |
| RENTAL, LLC, AND NADIA JOHNSON | § | 234th JUDICIAL DISTRICT |

---

## DEFENDANTS' REQUEST FOR JURY TRIAL

---

Pursuant to TRCP 216, Defendants, PV Holding Corp., Avis Budget Group, Inc.

and Avis Budget Car Rental, L.L.C., request a jury trial and tender the required jury fee.

Respectfully Submitted,

DONATO, MINX, BROWN & POOL, P.C.

Aaron Pool
SBN: 16115400
Andrew J. Pratka
SBN: 24079159
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027-7525
Phone: 713-877-1112
Fax: 713-877-1138
apool@donatominxbrown.com
apratka@donatominxbrown.com

**ATTORNEYS FOR DEFENDANTS**
**PV HOLDING CORP.;**
**AVIS BUDGET CAR RENTAL, LLC; and**
**AVIS BUDGET GROUP, INC.**

## CERTIFICATE OF SERVICE

**I hereby certify that on the** _1st_ **day of November, 2017, a true and correct copy of the above and foregoing has been served by:**

☐certified mail, return receipt requested; ☐overnight delivery; ☐hand delivery; ☐United States first class mail; ☐facsimile transmission; ☒electronic transmission on the following counsel:

<u>Plaintiff's Attorney:</u>
Don Phillips
The Philips Law Firm
2611 Cypress Creek Pkwy., Suite D-101
Houston, TX 77068
281-363-1411
866-821-4283 Fax
trcpservice@philipslawfirm.com

_____
Aaron Pool / Andrew J. Pratka



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 1, 2017

Certified Document Number:        77250530 Total Pages: 2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Harris County Docket Sheet

# 2017-63710

**COURT:**   234th

**FILED DATE:**  9/26/2017

**CASE TYPE:**   Motor Vehicle Accident



### CASTRO, ANA MONTENEGRO

Attorney: PHILIPS, DON STUART

### vs.

### JOHNSON, NADIA

| Trial Settings | |
|---|---|
| **Date** | **Comment** |
| 10/1/2018 | Docket Set For: Trial Setting |

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |

9/26/2017 2:02:14 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 19674312
By: MOMON, RHONDA M
Filed: 9/26/2017 2:02:14 PM

### CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* **2017-63710 / Court: 234**    COURT *(FOR CLERK USE ONLY):*

STYLED ANA MONTENEGRO CASTRO VS. PV HOLDING CORP. ET AL
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Don Philips | Email:<br>trcpservice@philipslaw<br>firm.com | Plaintiff(s)/Petitioner(s):<br><br>Ana Montenegro Castro | ☒Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: |
| Address:<br>2611 Cypress Creek<br>Pkwy., Ste. D-101 | Telephone:<br>281-363-1411 | ——<br>—— | Additional Parties in Child Support Case: |
| City/State/Zip:<br>Houston, Texas 77068 | Fax:<br>866-821-428 | Defendant(s)/Respondent(s):<br><br>PV Holding Corp., Avis<br>Budget Group, Inc., Avis | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature:<br><br>———————————— | State Bar No:<br>24046629 | Budget Car Rental, LLC, &<br>Nadia Johnson | Presumed Father:<br><br>—— |
| | | [Attach additional page as necessary to list all parties] | |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions**<br>**(non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional<br>Liability: _____<br><br>☒Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br>List Product:<br><br>☐Other Injury or Damage:<br>_____ | ☐Eminent Domain/<br>Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br><br><br>**Related to Criminal<br>Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>Pre-indictment<br>☐Other: _____ | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order |
| | | | **Other Family Law** | **Parent-Child Relationship** |
| | | | ☐Enforce Foreign<br>Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>of Minority<br>☐Other: _____ | ☐Adoption/Adoption with<br>Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Paternity/Parentage<br>☐Termination of Parental<br>Rights<br>☐Other Parent-Child: |
| **Employment** | | **Other Civil** | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: _____ | | |
| **Tax** | *Probate & Mental Health* | | | |
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: _____ | | |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case):*

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

Certified Document Number: 76774456 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   November 1, 2017

Certified Document Number:        76774456 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**